IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A NO. 3:15-976-CMC |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| Jacqueline Richardson, | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Complaint to recover on a promissory note executed by Defendant. ECF No. 1. Defendant was personally served with the Complaint on March 7, 2015, and has made no appearance in this matter. Plaintiff has moved for summary judgment, seeking damages totaling $204,993.07, plus costs and post-judgment interest accruing until the date the Judgment is paid in full. ECF No. 13.

For the reasons stated by Plaintiff in its motion, with which the court agrees and adopts, Plaintiff's motion for summary judgment is **granted**. The Clerk shall enter judgment for Plaintiff in the amount of $201,811.87, plus pre-judgment interest of $28.92 per diem from the date of the Complaint to the date of judgment, and post-judgment interest at the legal rate.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 15, 2015

1